AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Matthew Baumgartner | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     6:22-cv-1390-DCC |
| Woodruff Tobacco & Vapor LLC; Himyar S Rashani | ) | |
| *Defendant* | ) | |

DEFAULT

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Matthew Baumgartner    recover from the defendants  Woodruff Tobacco & Vapor LLC; Himyar S. Rashani    the amount of Seventy Eight Thousand Nine Hundred Twenty-Eight    dollars ($ 78,928.00  ), which includes postjudgment interest at the rate of   4.08   %, along with costs.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   September 30, 2022                                                                    *CLERK OF COURT*

                                                                                                              s/Angela Lewis, Deputy Clerk
                                                                                                              *Signature of Clerk or Deputy Clerk*